# United States Court of Appeals
## For the First Circuit

No. 12-2261

JESUS VALDEZ LOPEZ,

Petitioner,

v.

ERIC HOLDER, JR., Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on July 15, 2013 is amended as follows:

On cover, line 34, "<u>Martin D. Harris</u> for petitioner" is amended to "<u>Martin D. Harris</u> on brief for petitioner"

On cover, line 36, "with whom <u>Stuart F. Delery</u>" is amended to "<u>Stuart F. Delery</u>"

On cover, line 38, "were on brief" is amended to "on brief"

On page 3, line 10, "§ 1158 (a)(2)(D)" is amended to "§ 1158(a)(2)(D)"

On page 6, line 1, "8 U.S.C. 1229a(c)(7)(C)(ii)" is amended to "8 U.S.C. § 1229a(c)(7)(C)(ii)".